UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JASVEEN SANGHA,<br>  aka "the Ketamine Queen," and<br>SALVADOR PLASENCIA,<br>  aka "Dr. P.,"<br><br>       Defendants. | No. CR 24-236(A)-SPG<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**PROPOSED TRIAL DATE:** 03/04/25<br>**PROPOSED PTC DATE:** 02/19/25 |
|---|---|

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

    The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The joint trial in this matter is continued from October 8, 2024 (for defendant Salvador PLASENCIA) and October 15, 2024 (for defendant Jasveer SANGHA) to March 4, 2025, for both defendants.

2. The time period from the date the stipulation was filed September 3, 2024, to March 4, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. A pretrial hearing is ordered for February 19, 2025, at 9:30 a.m., and a hearing schedule for motions to be heard at the pretrial conference is ordered as follows: any pretrial motions shall be filed by January 22, 2025, any oppositions or responses shall be filed by February 5, 2025, and any replies shall by February 12, 2025.

4. Defendants PLASENCIA and SANGHA or ordered to appear in Courtroom 5C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 4, 2025, at 8:30 a.m. for trial, and on February 19, 2025, at 9:30 a.m. for the pretrial conference.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

6. The parties, however, should not expect a further continuance. The Court is granting this lengthy continuance, which is the second continuance for defendant SANGHA, with the understanding that counsel have considered their schedules and selected the proposed dates (now accepted by the Court) when they will be prepared and available, after taking into account conflicting commitments. If another continuance is requested, counsel shall provide a declaration explaining in detail why they are not available, why they believed they would be available when submitting this continuance request, and what unforeseen and unavoidable events occurred in the interim. The parties may be required to appear in Courtroom 5C to address any further continuance requests.

IT IS SO ORDERED.

September 3, 2024
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE