UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>JASVEEN SANGHA,<br>  aka "the Ketamine Queen," and<br>SALVADOR PLASENCIA,<br>  aka "Dr. P.,"<br><br>            Defendants. | No. CR 24-236(A)-SPG<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**PROPOSED TRIAL DATE:**   08/19/25<br>**PROPOSED PTC DATE:**     08/06/25 |
|---|---|

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The joint trial in this matter is continued from March 4, 2025 to August 19, 2025 for both defendants.

2. The time period from the date the stipulation was filed February 4, 2025 to August 19, 2025, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. The pretrial hearing is continued to August 6, 2025 at 9:30 a.m., and the hearing schedule for motions to be heard at the pretrial conference is continued as follows: any pretrial motions shall be filed by July 9, 2025, any oppositions or responses shall be filed by July 23, 2025, and any replies shall be filed by July 30, 2025.

4. Defendant PLASENCIA shall appear in Courtroom 5C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on August 19, 2025 at 8:30 a.m. for trial, and on August 6, 2025 at 9:30 for the pretrial conference.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

February 5, 2025
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

Presented by:

/s/Haoxiaohan Cai
IAN V. YANNIELLO
HAOXIAOHAN CAI
Assistant United States Attorney