UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: CR 24-236-SPG-2           Date: July 23, 2025
Present: The Honorable Sherilyn Peace Garnett, ☑ District Judge / ☐ Magistrate Judge

| Patricia Gomez | Maria Bustillos | N/A | Ian Yanniello |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

Salvador Plasencia
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Karen Goldstein
☐ Appointed ☑ Retained

Debra White
☐ Appointed ☑ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the First Superseding Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) 6, 8, 9, and 10 of the First Superseding Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to December 3, 2025 at 11:00 a.m. for sentencing.
☑ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for August 6, 2025 is off calendar as to defendant Salvador Plasencia.
☑ Court orders:
For reasons stated on the record defendant remains on bond.

☑ Other: The parties stipulate on the record to a minor typographical error found on the plea agreement filed at ECF No. [76]. The location of defendant's urgent care clinic is Calabasas, not Malibu, and part of the Central District of California. The parties agree no further amendment is necessary.

: 45

Initials of Deputy Clerk PG

cc: Probation Office