# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: **CR 24-00236-SPG-1**                             Date: **September 3, 2025**

Present: The Honorable **Sherilyn Peace Garnett**, ☑ District Judge / ☐ Magistrate Judge

| Patricia Gomez | Maria Bustillos | N/A | Ian Yanniello |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**                **ATTORNEYS PRESENT FOR DEFENDANTS**

Jasveen Sangha                                    Mark Geragos, Alexandra Kazarian
☑ Custody ☐ Bond ☐ O/R                           ☐ Appointed ☑ Retained

☐ Custody ☐ Bond ☐ O/R                           ☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R                           ☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R                           ☐ Appointed ☐ Retained

☐ Custody ☐ Bond ☐ O/R                           ☐ Appointed ☐ Retained

**PROCEEDINGS:   CHANGE OF PLEA**

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) **2, 3, 11, 12, and 13** of the First Superseding Indictment.

☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **December 10, 2025 at 8:30 a.m.** for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for **September 10, 2025** is off calendar as to defendant **Jasveen Sangha**.
☐ Court orders:

☐ Other:

                                                                                          :   42
                                                  Initials of Deputy Clerk  pg

cc:   Probation Office

CR-08 (09/09)                    **CRIMINAL MINUTES - CHANGE OF PLEA**