UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>SALVADOR PLASENCIA,<br><br>      Defendant. | No. CR 24-236-SPG(A)-2<br><br>ORDER SEALING DOCUMENTS |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's <u>Ex Parte</u> Application for Order Sealing Document is GRANTED.  Exhibits 3 and 4 to the Government's Sentencing Position for Defendant SALVADOR PLASENCIA shall be filed under seal.

November 21, 2025
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's Ex Parte Application for Order Sealing Document is DENIED. The sealing application will be filed under seal. The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the document on the clerk's public docket.

_____        _____
DATE                                  HONORABLE SHERILYN PEACE GARNETT
                                      UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
HAOXIAOHAN CAI
Assistant United States Attorney

2