1
2  **GERAGOS & GERAGOS**
3  A Professional Corporation
   Lawyers
   Historic Engine Co. No. 28
4  644 South Figueroa Street
   Los Angeles, California 90017-3411
5  Telephone (213) 625-3900
   Facsimile (213) 232-3255
   Geragos@Geragos.com

6  MARK J. GERAGOS        SBN 108325
   ALEXANDRA KAZARIAN SBN 244494
7  *Attorneys for Defendant*, JASVEEN SANGHA

8
9
                **UNITED STATES DISTRICT COURT**
10
                **CENTRAL DISTRICT OF CALIFORNIA**
11
12
13  UNITED STATES OF AMERICA,           Case No.: 2:24-cr-00236-SPG

14
                    Plaintiff,          **[PROPOSED] ORDER GRANTING**
15                                      **MOTION TO CONTINUE SENTENCING**
    v.                                  **HEARING**
16
17
    JASVEEN SANGHA,
18
19
                    Defendant.
20
21
22     The Court has considered Defendant Jasveen Sangha's Motion to Continue
23  Sentencing Hearing and the record. Good cause appearing, IT IS ORDERED:
24
25  1.  The sentencing hearing currently set for February 25, 2026 is continued to
26      _____.
27
28
                                    1
                            [PROPOSED] ORDER

2. The parties shall file any supplemental Rule 32(f) objections and sentencing briefs on a schedule to be set by the Court.

DATED: _____

SHERILYN PEACE GARNETT,
UNITED STATES DISTRICT JUDGE