UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-236-SPG(A)-1 |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING DOCUMENTS |
| JASVEEN SANGHA, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's Ex Parte Application for Order Sealing Document is GRANTED.  Exhibits A and D to the Government's Sentencing Position for Defendant JASVEEN SANGHA shall be filed under seal.

March 26, 2026
DATE

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

**IN CASE OF DENIAL:**

The government's Ex Parte Application for Order Sealing Document is DENIED.  The sealing application will be filed under seal.  The underlying document shall be returned to the government, without filing of the documents or reflection of the name or nature of the document on the clerk's public docket.

_____          _____
 DATE                                      HONORABLE SHERILYN PEACE GARNETT
                                           UNITED STATES DISTRICT JUDGE

2