BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO (Cal. Bar No. 265481)
Assistant United States Attorney
Chief, National Security Division
HAOXIAOHAN CAI (Cal. Bar No. 331131)
Assistant United States Attorney
Major Frauds Section
1500/1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-3667/0762
Facsimile:     (213) 894-0141
E-mail:   Ian.Yanniello@usdoj.gov
          Haoxiaohan.Cai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-236-SPG(A)-1 |
|---|---|
| Plaintiff, | VICTIM IMPACT STATEMENT |
| v. | |
| JASVEEN SANGHA, aka "Ketamine Queen," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Ian V. Yanniello and Haoxiaohan Cai, hereby submits the attached victim impact statement in connection with defendant JASVEEN SANGHA's upcoming sentencing hearing.

//

//

The government's submission is pursuant to 18 U.S.C. § 3771.

//

//

Dated: April 7, 2026                Respectfully submitted,

                                    BILAL A. ESSAYLI
                                    First Assistant United States
                                    Attorney

                                    IAN V. YANNIELLO
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                    _____/s/_____
                                    IAN V. YANNIELLO
                                    HAOXIAOHAN CAI
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

**From:** Debbie Perry ██████████████████████

**Date:** April 1, 2026 at 10:52:13 AM PDT

**To:** ████████████████████████████████████████████

**Subject: Jazveen sentencing victim letter**

████████████████████████████████████████████████
████████████████████

████████████████████████████████████

██████████████████████████████

**The pain you've caused**

to hundreds maybe thousands

Is irreversible

There is no joy

To be found

No light in the window

They won't be back

That thought comes

Through our day

Everyday

No escape

You caused this

You who has talent for business

Enough to make money

Chose the one way that

Hurts people.

How sad for you.

How will you ever find joy

Have you ever found joy?

How sad for you.

How sad for you.

How sad for us all

We miss him


To the court. Please give this heartless woman the maximum prison sentence so she won't be able to hurt other families like ours.

Thank you.


**Love and light,**


**Debbie Perry** |

███████████

Sent from my iPhone